IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEW ALLIANCE BEAN AND GRAIN COMPANY, a division of Western Cooperative Company, a Nebraska cooperative corporation,<br><br>            Plaintiff,<br><br>v.<br><br>ANDERSON COMMODITIES, INC., a Minnesota corporation; ANDERSON SEED COMPANY, a Minnesota corporation; RONALD L. ANDERSON; and RAMONA ANDERSON,<br><br>            Defendants. | CASE NO:  8:12-cv-00197-JFB-TDT<br><br><br>**ORDER OF DISMISSAL** |

   This matter comes before the Court on the parties' Joint Stipulation for Order of Dismissal. The parties request that the Court enter an order dismissing defendants Ronald L. Anderson and Ramona Anderson with prejudice, and further request that the Court enter an order dismissing defendants Andersons Commodities, Inc. and Anderson Seed Company without prejudice. The Court, being fully advised in the premises, finds that the Stipulation should be accepted by the Court.

   IT IS THEREFORE ORDERED that the above-captioned action is dismissed with prejudice as to Ronald L. Anderson and Ramona Anderson.

   IT IS FURTHER ORDERED that the above-captioned action is dismissed without prejudice as to Anderson Commodities, Inc. and Anderson Seed Company. Each party shall pay its own costs and attorney fees.

   Dated this 25th day of March, 2014.

                                BY THE COURT:


                                s/ Joseph F. Bataillon
                                U.S. District Court Judge

2

Prepared and Submitted by:

Bonnie M. Boryca, #24886
ERICKSON|SEDERSTROM, P.C.
Regency Westpointe, Suite 100
10330 Regency Parkway Drive
Omaha, NE 68114-3761
(402) 397-2200
(402) 390-7137 Fax
Attorneys for Plaintiff